STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MAX R. WECKER, PLAINTIFF IN ERROR.

Submitted May 28, 1943—Decided September 16, 1943.

For the defendant in error, *Daniel O'Regan.*

For the plaintiff in error, *Raymond Chasan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.   13.

*For reversal*—None.